**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Katheryn Elizabeth SHERMAN, Defendant–Appellant.**

**No. 14–30135.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 31, 2015.*

Filed Sept. 3, 2015.

Carl E. Rostad, Assistant U.S., USGF–Office of the U.S. Attorney, Great Falls, MT, Leif Johnson, Assistant U.S., Ryan George Weldon, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Mark D. Meyer, Ugrin Alexander Zadick & Higgins, PC, Great Falls, MT, for Defendant–Appellant.

Katheryn Elizabeth Sherman, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, GOULD, and IKUTA, Circuit Judges.

MEMORANDUM **

Katheryn Elizabeth Sherman appeals her sentence on her conviction, pursuant to a guilty plea, for conspiracy to submit false claims against the United States in violation of 18 U.S.C. § 286.

Sherman's attorney has moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), asserting that there are no nonfrivolous grounds to appeal. Sherman filed a pro se supplemental brief. The government filed no answer brief.

Because our independent review of the record indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998), we enforce the waiver, GRANT counsel's motion to withdraw, and DISMISS the appeal.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).